**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-30265 |
| Plaintiff - Appellee, | D.C. No. 2:11-cr-00063-RHW |
| v. | |
| JEREMIAH DANIEL HOP, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Eastern District of Washington
Robert H. Whaley, District Judge, Presiding

Submitted September 24, 2013[**]

Before:    RAWLINSON, N.R. SMITH, and CHRISTEN, Circuit Judges.

Jeremiah Daniel Hop appeals from the district court's judgment and

challenges the seven-year sentence imposed following his guilty-plea conviction

for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Hop contends that his above-Guidelines sentence is substantively unreasonable. The district court did not abuse its discretion in imposing Hop's sentence. *See Gall v. United States*, 552 U.S. 38, 51 (2007). Hop's sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of circumstances, including the nature and circumstances of the offense, and the need to protect the public. *See id*.

**AFFIRMED.**